UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-20384-JEM

CHRISTINA TOBAR

    Plaintiff,

v.

NCL (BAHAMAS) LTD., a
Bermuda Company, d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, CHRISTINA TOBAR, individually, by and through undersigned counsel and moves this Honorable Court for entry for an order granting Plaintiff leave to amend and file Plaintiff's Second Amended Complaint [1] and, as grounds therefore, states:

1. This action arises from a slip and fall incident occurring on February 1, 2017 aboard the *Norwegian Escape*.

2. Plaintiff filed her original complaint in this case on January 31, 2018. A copy of the proposed Amended Complaint is attached hereto as Exhibit "A."

3. The discovery obtained since then has revealed facts which require Plaintiff to amend the Complaint in order to conform the pleadings to the evidence revealed during discovery.

---

[1] See proposed amended complaint marked Exhibit "A" attached.

1

4. Specifically, discovery has revealed that the hosing of the deck by NCL personnel had occurred before Plaintiff walked on Deck 16 of the *Norwegian Escape,* as opposed to *while Plaintiff walked on the deck.*

5. Plaintiff therefore seeks leave to amend her Complaint to revise as indicated.

### MEMORANDUM OF LAW

Leave to amend pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "The Supreme Court has emphasized that leave to amend must be granted absent a specific, significant reason for denial*." Spanish Broadcasting System v. Clear Channel,* 376 F.3d 1065, 1077 (11th Cir. 2004) (quoting *Forman v. Davis*, 371 U.S. 178, 182 (1962)). The permissible reasons that can justify denial of leave to amend include "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." Id at 1077. "Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Thomas v. Town of Davie*, 847 F.2d 771, 773 (11th Cir. 1988) (quoting *Dussouy v. Gulf Coast Investment Corp.*, 660 F.2d 594, 597 (Former 5th Cir. 1981)).

WHEREFORE, Plaintiff requests this court grant this Motion and allowing the filing of the attached Amended Complaint.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Plaintiff's counsel, Robert L. Gardana, has contacted Defendant's counsel, Todd Sussman, and Defendant does not oppose this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2018, the above and foregoing was served electronically upon all counsel on attached Attorney Service List.

        ROBERT L. GARDANA, P.A.
        Attorneys for Plaintiff
        12350 SW 132nd Court, Suite 204
        Miami, FL 33186
        Telephone: 305-358-0000
        Facsimile: 305-358-1680
        E-Mail: robert@gardanalaw.com

By: /s/ *Robert L. Gardana*
       Robert L. Gardana, Esq.
       Florida Bar No.: 279668

## **ATTORNEY SERVICE LIST**

United States District Court for the Southern District of Florida
*Christina Tobar vs. NCL (Bahamas) Ltd.*
Case No.: 18-CV-20384-JEM

Robert L. Gardana, Esq.
ROBERT L. GARDANA, P.A.
12350 SW 132nd Court, Suite 204
Miami, FL 33186
Telephone:(305) 358-0000
Facsimile:(305) 358-1680
robert@gardanalaw.com
staff@gardanalaw.com
*Attorneys for Plaintiff*

Todd Sussman, Esq.
Geoffrey E. Probst, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive Miami, FL 33126
Telephone: (305) 436-4377
Facsimile: (305) 468-2132
gprobst@ncl.com
ddeluca@ncl.com
tsussman@ncl.com
*Attorneys for Defendant*