UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  18-cv-20384-JEM

CHRISTINA TOBAR,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    *Defendant*.
_____/

**JOINT MOTION TO BRIEFLY EXTEND EXPERT DISCLOSURE DEADLINES TO DATES THAT WILL NOT IMPACT ANY OTHER DEADLINES**

The Parties, by and through their respective undersigned counsel, hereby move this Honorable Court for entry of an Order granting a brief extension to the expert disclosure deadlines, and in support thereof state the following:

1. Pursuant to this Court's April 17, 2018 Scheduling Order [ECF No. 12], the Parties are to disclose expert witness summaries and reports by June 11, 2018, and rebuttal expert witness summaries and reports by July 11, 2018.

2. In terms of discovery, Plaintiff has conducted a vessel inspection, the Parties have each responded to interrogatories and requests for production and are presently working on certain pending objections.

3. While the Parties have been diligently working on this matter, Plaintiff's counsel is undergoing knee surgery on May 29, 2018 and will require at least 2 – 3 weeks for recovery.

*Case No.: 17-cv-20290-JAL*

4. As a result, the soonest Plaintiff can travel to Miami, Florida so that the parties can conduct her deposition, a Rule 34 physical examination and mediation is June 20-22, 2018.

5. Therefore, the Parties wish to extend the initial expert witness disclosure deadline until July 11, 2018, and the rebuttal expert witness disclosure deadline until July 31, 2018.

6. Granting this Motion will not have an impact on any other deadline in the Court's Scheduling Order and will allow the Parties to provide complete expert witness disclosures. The present motion is made in good faith and not for purpose of delay.

WHEREFORE, the Parties respectfully request the Court enter an order extending the expert witness disclosure deadline to July 11, 2018, and the rebuttal expert witness disclosure deadline until July 31, 2018.

Respectfully Submitted,

By: */s/ Todd L. Sussman*
    Florida Bar No. 0084729

Todd L. Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: (305) 436-4653
Facsimile: (305) 468-2132
tsussman@nclcorp.com
ddeluca@ncl.com
*Attorneys for Defendant*

By: */s/ Robert L. Gardana*
    Florida Bar No. 279668

Robert L. Gardana, B.C.S.
ROBERT L. GARDANA, P.A.
12350 SW 132nd Ct., Suite 204
Miami, FL 33186
Telephone: (305) 358-0000
Facsimile: (305) 358-1680
Robert@gardanalaw.com
*Attorneys for Plaintiff*

*Case No.: 18-cv-20384-JEM*

# CERTIFICATE OF SERVICE

I, Todd Sussman, hereby certify that on this 1st day of May 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

# SERVICE LIST

*Christina Tobar vs. NCL (Bahamas) Ltd.*
Case No.: 18-cv-20384-JEM
United States District Court for the Southern District of Florida

| | |
|---|---|
| Todd L. Sussman, Esq. | Robert L. Gardana, B.C.S. |
| NORWEGIAN CRUISE LINE | ROBERT L. GARDANA, P.A. |
| 7665 Corporate Center Drive | 12350 SW 132nd Ct., Suite 204 |
| Miami, FL 33126 | Miami, FL 33186 |
| Telephone: (305) 436-4653 | Telephone: (305) 358-0000 |
| Facsimile: (305) 468-2132 | Facsimile: (305) 358-1680 |
| tsussman@ncl.com | Robert@gardanalaw.com |
| ddeluca@ncl.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |